```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14202
   KECIA I RAWLS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0763


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/07/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was dismissed after confirmation 07/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         261.99           .00            .00
CREDITORS DISCOUNT AUDIT  UNSECURED      NOT FILED           .00            .00
PREMIER BANCARD CHARTER   UNSECURED         479.27           .00            .00
HARRIS & HARRIS           UNSECURED      NOT FILED           .00            .00
NCO INOVMED               UNSECURED      NOT FILED           .00            .00
AT&T WIRELESS             UNSECURED         819.22           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         443.85           .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED       11513.40           .00            .00
ROUNDUP FUNDING LLC       UNSECURED        1822.72           .00            .00
VILLAGE OF MAYWOOD        UNSECURED      NOT FILED           .00            .00
CHASE BANK                UNSECURED      NOT FILED           .00            .00
AARON'S SALE AND LEASE    NOTICE ONLY    NOT FILED           .00            .00
DIRECT MERCH BANK         UNSECURED         632.94           .00            .00
STAVER & GAINSBERG        DEBTOR ATTY    3,000.00                       1,304.00
TOM VAUGHN                TRUSTEE                                          96.00
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,400.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,304.00
TRUSTEE COMPENSATION                            96.00
DEBTOR REFUND                                     .00
                    ---------------        ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 14202 KECIA I RAWLS
```

```
TOTALS                                    1,400.00              1,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```